## **DECLARATION OF MARIA CRISTINA MUISE**

Maria Cristina Muise hereby declares:

1. I am a defendant in this case.

2. My husband, Jason Muise, and I are residents of New Hampshire.

3. My husband, Jason Muise, and I have never set foot in Arizona.

4. My husband, Jason Muise, and I do not operate a business, maintain an office, or own real estate or other property in Arizona.

5. In June and September 2023, Plaintiff Melanie Beauchamp ("Beauchamp") contacted me regarding Beauchamp's company's skin care products using the Tik Tok platform. Exhibit 2 to the Motion to Dismiss is the Tik Tok messenger exchanges between Beauchamp and me showing her contacting me in June and September 2023.

6. I am a Tik Tok influencer and discuss skin care and other products with over 300,000 followers.

7. Beauchamp falsely represented to me that her name was "Melanie Elaine." Beauchamp also misrepresented that she was an attorney.

8. Between Beauchamp's September 2024 solicitation of me, and until early February 2024, I discussed "Melanie Elaine's" company's skin care products on Tik Tok and used several of "Melanie Elaine's" company's products.

9. On more than one occasion, with Beauchamp and me live on Tik Tok, I introduced "Melanie Elaine" as an attorney.

10. Beauchamp did not correct me to inform the public audience that, in reality, "Melanie Elaine" was not only not an attorney, but she was also not "Melanie Elaine."

11. In February 2024, I told "Melanie Elaine" that I did not want to discuss "Melanie Elaine's" company's peptide skin care product with my Tik Tok followers.

12. "Melanie Elaine" became upset, went online and disparaged me, and began sending me cease and desist letters containing false allegations.

13. I subsequently learned that "Melanie Elaine's" real name is Beauchamp, and that she is a suspended attorney arising from misconduct involving dishonesty and material misrepresentations, among other misconduct.

14. I requested that Beauchamp remove videos and images of me from Beauchamp's social media; Beauchamp has failed to do so.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 15th day of April 2024.

_____
Maria Cristina Muise