Case 2:24-cv-00861-JZB  Document 5-2  Filed 04/16/24  Page 1 of 1

# Chat History with hairlossremedy:

**2023-06-25 05:44:02 hairlossremedy:** Everything you said is the exact reason I've been working for the past years to open a certified licensed compounding pharmacy all based in science, we back everything up with research. Let us know how we can support you with our team of pharmacists doctors and our research. Thanks for your hard work.

**2023-06-25 05:47:04 cristina.noh:** Omg this is amazing!! So so happy to hear you are doing this to really help people use the right products. You're amazing and thank you so much, will definitely lean on

**2023-06-25 05:48:38 hairlossremedy:** That's what I love about tiktok it brings like minds together. I also have a PhD and a masters. Looking forward to having a partner in science :-)

**2023-06-25 05:51:19 cristina.noh:** I'm so excited. Will be nice to have resources for people done with being infomercialsed and have a trustworthy set of resources!! Thank you!!!!!

**2023-06-25 05:51:40 hairlossremedy:** And you're gorgeous queen!!

**2023-06-27 23:32:03 cristina.noh:** 🙌🏻

**2023-06-27 23:33:45 hairlossremedy:** Hello beautiful. How are you. I was so thinking of you and your trip to Lake Como. Love to chat with you about our customized licensed compounding strength irstinoxin with customized addins we can knock it out of the park. We haven't even told you but our hair loss products. Mel

**2023-09-27 23:35:17 cristina.noh:** Would love to hear how that works!!! Want to set up a call??

**2023-09-27 23:36:54 hairlossremedy:** Absolutely. What works for you? I love, love what I do so I will be available pretty much day and night. You can text me at 602-315-1530 if that makes it easier to set up a prescription

**2023-09-27 23:38:14 cristina.noh:** Great, I'll text you now and we can set up a time tomorrow. 😊

**2023-09-27 23:39:19 hairlossremedy:** Perfect. So excited I go live on TikTok on Thursdays at 4 o'clock Arizona time but otherwise I will make sure that I am available. So excited. By the way, it is the coolest thing to connect up with beautiful, bright, brilliant, successful women like you — the power of TikTok.

**2023-09-27 23:56:45 cristina.noh:** I love that too and am so excited to chat with you!! Talk to you tomorrow beautiful!! ❤️

**2023-10-05 16:19:13 cristina.noh:** https://www.tiktokv.com/share/video/7286500425274129707/

**2023-10-05 16:46:14 hairlossremedy:** Thank you. Sales are already coming in. You're amazing and I'm so grateful.

**2023-10-05 16:49:32 cristina.noh:** Ahhh good. This is a great thing for so many women!!!

**2023-10-18 14:06:45 hairlossremedy:** https://www.tiktokv.com/share/video/7291290285125998242/

**2023-10-18 14:16:20 cristina.noh:** Your skin looks amazing. Let me know if you have any questions on the products. Have the best day and thank you so much for your love and support.

**2023-10-19 14:13:05 hairlossremedy:** https://www.tiktokv.com/share/video/7291654299233357102/

**2023-10-22 13:05:43 cristina.noh:** https://www.tiktokv.com/share/video/7292578970338599374/

**2023-10-22 15:55:18 hairlossremedy:** Thank you so much for your love and support. We were up to 1 o'clock in the morning Thursday morning to get custom scripts out :) and our whole team was happy and excited to

**2023-10-22 16:48:06 cristina.noh:** https://www.tiktokv.com/share/video/7292811749521200771/

**2023-10-26 01:46:57 cristina.noh:** https://www.tiktokv.com/share/video/7295051770932317483/

**2023-11-03 17:48:04 cristina.noh:** https://www.tiktokv.com/share/video/7297917655125066667/

**2023-11-05 19:07:09 cristina.noh:** https://www.tiktokv.com/share/video/7298905215853826606/

**2023-11-06 13:52:39 cristina.noh:** https://www.tiktokv.com/share/video/7299183464152211258/

**2023-11-10 15:38:49 hairlossremedy:** Thank you for your love and support. We were up to 1 o'clock in the morning Thursday morning to get custom scripts out :) and our whole team was happy and excited to

**2023-11-12 16:09:01 cristina.noh:** Ahhh. That makes me so so happy!! The best part is knowing the community will love it!! Hugs to you and your team!! 🧡🧡🧡

**2023-11-12 17:30:50 hairlossremedy:** https://www.tiktokv.com/share/video/7306528760466578094/

**2023-11-24 17:37:07 cristina.noh:** I appreciate the link. We don't disagree that mixing them in a dish, together, or applying them consecutively, immediately, will oxidize. You will find 100s of these links. It is indisputable. Mix them like soup and they negate each other. Yes, agreed.

**2023-12-10 03:44:21 cristina.noh:** Mel, it's your product, your narrative, your content. You don't need my buy in. 😊

**2023-12-28 08:40:26 cristina.noh:** You can and should direct it as your best use recommendations.

**2023-12-28 21:44:35 cristina.noh:** Thank you.

**2024-01-29 08:22:01 cristina.noh:** >

**2024-02-07 02:35:10 cristina.noh:** Still waiting to arrange the live that we chatted about with your chemists and my pharmacists. That's probably the best way to address the Science. What date and time works

**2024-02-15 09:41:51 hairlossremedy:** https://www.tiktokv.com/share/video/7335242223287635243/

**2024-02-16 05:42:32 cristina.noh:** Mel, this is the first I'm hearing about chemists and pharmacists. I texted you after the incredibly aggressive harassment situation that you witnessed on your hosted live and to date, I have never received a response from you to discuss, with clarity, we talked about doing a joint live with you and I, this is the first I'm hearing about chemists and pharmacists. I texted you after the incredibly aggressive harassment situation that you witnessed on your hosted live and to date, I have never received a response from you to discuss, with consideration of the statements, footage and videos directed at me both suggestively and quite explicitly) that I have received from your TikTok accounts and lives over the last 24 hours, I do not expect a path forward would be authentic, or productive.

I have been made aware that you used my video on your website, please remove it immediately. As you are aware, I do not authorize the use of my proprietary footage.

Please consider the personal information I've shared with you or your medical team subject to HIPAA regulations.

Thank you.