

FILED _____ LODGED
RECEIVED _____ COPY

MAY 0 9 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  Melanie Beauchamp
2  4425 East Agave Road Suite 110
   Phoenix Arizona
3  602 315 1530
   melanie@cheveuxrx.com
4  Pro Per

5

                    UNITED STATES DISTRICT COURT
6
                        DISTRICT OF ARIZONA
7

8

9  MELANIE BEAUCHAMP,                Case No.: 2:24-cv-00861-SMM

10          Plaintiff,

11  vs.                              RESPONSE TO DEFENDANTS' MOTION
                                     TO DISMISS FOR LACK OF PERSONAL
12  MARIA CRISTINA MUISE AND JASON   JURISDICTION PURSUANT TO
    MUISE, HUSBAND AND WIFE.         FED.R.CIV.P 12(B)(6)
13
14          Defendants.

15          Defendants' Motion to Dismiss for Lack of Personal Jurisdiction must be unequivocally

16  denied, as evidenced by Defendant Cristina Muise's own public admissions in her video,
17
    which incontrovertibly demonstrate her deliberate engagement with Plaintiff's enterprise
18
19  through specific requests for complimentary goods and the consequential substantial impact

20  on Plaintiff's business operations in Arizona.

21     **This Court Possesses Personal Jurisdiction Over the Defendant Based on**
22                        **Her Own Public Admissions**

23  **"I found her through Tiktok months ago..."**

24

25          In a publicly accessible TikTok video dated October 4, 2023, Defendant Cristina Muise

26  explicitly stated, "I found her through TikTok months ago," and acknowledged, "This is a
27
    legitimate compounding pharmacy." These admissions are crucial as they unequivocally
28
    RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
    PURSUANT TO FED.R.CIV.P 12(B)(6) - 1

demonstrate that Defendant Muise engaged with and conducted research on Plaintiff's pharmacy, confirming its legitimacy and location. The video can be viewed at this link, with the transcript provided as Exhibit "B" and a copy of the Pharmacy license appended as Exhibit "A." The video can also be viewed by copying and pasting this link into your browser. https://www.youtube.com/watch?v=y62xGOZD-v4

By her own admission, Defendant Muise identified and researched Plaintiff's pharmacy, which included reviewing a license that distinctly lists Plaintiff's full name and address. Despite these facts, Defendant now contends before this Court that Plaintiff solicited her under a false name, a claim that strains credulity given the evidence of Defendant's prior knowledge and research.

Such a contradiction not only undermines the credibility of Defendant's current assertions but also reinforces this Court's jurisdiction over the matter. It is evident from Defendant's own statements and actions—documented and publicly shared—that she established a connection with Plaintiff's Arizona-based business, thus availing herself to the jurisdiction of this Court.

Moreover, the Defendant's attempt to shift focus from the jurisdictional facts to unfounded allegations concerning Plaintiff's unrelated professional history is a transparent effort to divert the Court's attention from the core legal issue. Defendant's own acknowledgments that she discovered and vetted Plaintiff's pharmacy independently are pivotal; they affirm that this Court has the requisite jurisdiction to adjudicate this dispute.

Given these facts, it is clear that the motion presented by the Defendant lacks merit and should be dismissed. Furthermore, this Court should consider appropriate measures to address any misrepresentations made by the Defendant and her counsel in their submissions to this Court.

This case is not only about the specific interactions between the parties but also about upholding the integrity of judicial proceedings and ensuring that litigants cannot evade legal accountability through disingenuous arguments.

## Factual Background

Melanie Elaine Beauchamp, the plaintiff in this case, is the owner and operator of Cheveux LLC, a compounding pharmacy located at 4425 East Rd., Suite 110, Phoenix, Arizona. Registered under Pharmacy Board Permit number Y007705, Cheveux LLC employs numerous residents of Arizona and specializes in pharmaceutical-grade skincare and hair regrowth products developed by Beauchamp in response to her own experiences with hair loss due to the stresses of her legal career. The effectiveness of these products led to the expansion of her business, which now includes a widely acclaimed skincare product, GHK-Cu, known for reducing the need for other skincare products.

Beauchamp's business caught the attention of Cristina Muise, the defendant, through Beauchamp's TikTok livestreams starting in June 2023. Muise, recognizing the legitimacy of Beauchamp's pharmacy, initiated a conversation via TikTok messenger on September 27, 2023, expressing interest in a potential collaboration (Exhibit D). This interaction followed

earlier discussions about the products during livestreams, with Muise taking the proactive step to request a call (Exhibit C).

As their communication progressed, Muise requested and received products valued at $1,987.76 from Beauchamp's business at no cost. These transactions, detailed in Exhibit E, included multiple orders shipped to Muise's address, with each package prominently displaying the Arizona return address (Exhibit H) and the pharmacy's address on each product label (Exhibit G). Despite receiving these products for free, Muise did not disclose this compensation to her followers, contrary to CFR 16 section 255 requirements.

The relationship soured in early February 2024 when Muise learned of new competing products developed by Beauchamp. Feeling threatened by the competition, Muise launched a disparagement campaign against Beauchamp and Cheveux LLC. She actively encouraged her over 300,000 followers to stop using Beauchamp's products, not due to their quality but out of personal animosity. This campaign was marked by the use of fictitious names and spreading misinformation about Beauchamp's professional standing, causing significant reputational damage and customer discontent (Exhibit R).

Moreover, Muise's actions escalated to encouraging product returns, chargebacks, and subscription cancellations, as evidenced by a negative comment from a purported Dr. Emily during one of Muise's livestreams (Exhibit K). Despite acknowledging the high quality of Beauchamp's products in writing (Exhibit N), Muise continued her false light campaign, explicitly urging her followers to challenge Beauchamp's pharmacy board certification (Exhibit Q).

RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED.R.CIV.P 12(B)(6) - 4

The culmination of these actions has led to substantial harm to Beauchamp's business, compounded by the unwarranted dissemination of her bar suspension details, which were unrelated to her product quality (Exhibit O). The damage was further evidenced when Beauchamp began receiving screenshots from upset patients and refund demands around February 10th, revealing the extent of Muise's detrimental influence (Exhibit P).

This factual background underscores the direct and damaging impact of Muise's actions on Beauchamp and her Arizona-based business, forming the basis of the legal disputes outlined in this brief. Beauchamp's Affidavit and Exhibits are attached hereto and incorporated into this pleading by this reference.

## I.      Legal Standard

Under Arizona law, personal jurisdiction is governed by the state's long-arm statute, which extends jurisdiction to the maximum extent permissible under the due process clause of the United States Constitution (Sinatra v. National Enquirer, Inc., 854 F.2d 1191, 1194 (9th Cir. 1988); Batton v. Tennessee Farmers Mut. Ins. Co., 153 Ariz. 268, 270, 736 P.2d 2, 4 (1987); Ariz. R. Civ. P. Rule 4(e)(2)). Consequently, the determination of personal jurisdiction in this case hinges on whether such jurisdiction satisfies the requirements of due process.

### Personal Jurisdiction Over Defendant Cristina Muise

Due process mandates that a defendant must have minimum contacts with the forum state such that maintaining the lawsuit does not contravene traditional notions of fair play and

substantial justice (International Shoe Co. v. Washington, 326 U.S. 310, 316, 66 S.Ct. 154, 158, 90 L.Ed. 95 (1945)). For specific jurisdiction to apply, the following criteria must be met:

1. The nonresident defendant must purposefully direct activities at the forum, engage in transactions with residents, or perform acts that avail them of the forum's laws and benefits.

2. The plaintiff's claim must arise out of or relate to the defendant's forum-related activities.

3. The exercise of jurisdiction must align with principles of fair play and substantial justice.

### Purposeful Availment and Activities Directed Into the Forum

The doctrine of "purposeful availment" is predicated on the reasonable expectation that a defendant benefiting from activities in a state may be required to litigate there (Lake v. Lake, 817 F.2d 1416, 1420 (9th Cir.1987); Burger King Corp. v. Rudzewicz, 471 U.S. 462, 475-476, 105 S.Ct. 2174, 2183-2185 (1985)). Defendant Cristina Muise acknowledged discovering the plaintiff's business in Arizona and initiated contact to request products, demonstrating intentional engagement with the forum's commercial activities (Calder v. Jones, 465 U.S. 783, 790, 104 S.Ct. 1482, 1487 (1984)). Given these deliberate actions directed at Arizona, including communications that led to tangible transactions and subsequent disputes, Muise's activities support the assertion of personal jurisdiction.

### Arising Out of Forum-Related Activities

The litigation stems directly from the interactions and transactions between Muise and the plaintiff's Arizona-based business, particularly concerning the products provided and the

RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED.R.CIV.P 12(B)(6) - 6

promotional and disparaging activities that followed. This nexus between the forum activities and the claims satisfies the requirement that the legal action must relate to the defendant's activities connected to the forum.

### Fair Play and Substantial Justice

The exercise of jurisdiction is evaluated under the criteria of reasonableness to ensure it complies with due process (Sinatra, 854 F.2d at 1194). Factors considered include the burden on the defendant, the presence of an alternative forum, the plaintiff's interest in obtaining relief, the forum state's interest in adjudicating the dispute, and the overall efficiency of the proceeding (Lake, 817 F.2d at 1421-22). Given that Muise engaged significantly with the Arizona forum and that the primary evidence and witnesses are located there, Arizona is a fitting venue for resolving this dispute. The state's interest in providing a forum for its residents and the convenience for the plaintiff further justify the exercise of jurisdiction. Defendants are represented by Arizona counsel, who has responded to this Motion.

### Conclusion

Muise's intentional activities directed at Arizona, her involvement in transactions and disputes related to the forum, and the significant effects of her actions within the state collectively establish a robust basis for personal jurisdiction. The application of jurisdiction here aligns with established legal precedents and principles, ensuring that the proceedings are both fair and just.

RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED.R.CIV.P 12(B)(6) - 7

II.  **Defendant's Cited Precedents Are Inapplicable Given the Profound Factual Dissimilarities Presented in This Case**

The factual circumstances of the current case present a strong basis for establishing specific personal jurisdiction in Arizona, distinctly differing from the scenarios in the cited cases, which include *Schwarzenegger v. Fred Martin Motor Co.*, *Ziegler v. Indian River County*, *Gray & Co. v. Firstenberg Machinery Co., Inc.*, and *Amergent Techs, LLC v. TransAtlantic Lines, LLC*. These differences are critical in demonstrating why Arizona law should govern the personal jurisdiction issue in this case.

1.  **Schwarzenegger v. Fred Martin Motor Co.:**

o  In contrast to the *Schwarzenegger* case, where the connection to the forum state was incidental and the primary business activities were localized outside the forum, Cristina Muise's interactions with Melanie Beauchamp's Arizona-based business were direct, repeated, and purposefully harmful, providing a stronger basis for personal jurisdiction in Arizona.

2.  **Ziegler v. Indian River County:**

o  Unlike *Ziegler*, where the defendant's lack of targeted actions towards the forum state was pivotal, Muise's actions were directly aimed at impacting Beauchamp's business in Arizona. This direct and purposeful engagement supports the establishment of personal jurisdiction, unlike the indirect implications seen in Ziegler.

3.  **Gray & Co. v. Firstenberg Machinery Co., Inc.:**

RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED.R.CIV.P 12(B)(6) - 8

- o   The *Gray & Co.* case involved a one-time transaction with no further implications for the forum state, markedly different from the sustained interactions and targeted actions in the current case. Muise's ongoing transactions and direct disparagement actions strongly support the assertion of personal jurisdiction.

4. **Amergent Techs, LLC v. TransAtlantic Lines, LLC:**

- o   The mere initiation of contact by the defendant in *Amergent Techs* was deemed insufficient for personal jurisdiction, lacking significant activities tied to the forum state. In contrast, Muise's extensive and involved interactions, including transactions and disparagement directly affecting the Arizona business, establish a substantial connection to the forum state.

5. **Ayla, LLC v. Alya Skin Pty. Ltd., Boschetto v. Hansing, and Schwarzenegger v. Fred Martin Motor Co.:**

- o   These cases do not apply directly due to the more continuous, involved, and harmful nature of Muise's interactions with the Arizona-based plaintiff. Muise's activities reflect a substantial and purposeful connection to Arizona, unlike the limited or incidental contacts in the cited cases.

   In summary, the directness, frequency, and nature of Muise's interactions with Beauchamp's business in Arizona, coupled with the resultant harm from these actions, distinguish this case from the precedents cited. These factors justify the exercise of personal jurisdiction under Arizona law, aligning with the requirements set forth by the

RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED.R.CIV.P 12(B)(6) - 9

due process clause of the United States Constitution. The substantial engagement and targeted harmful actions by Muise provide a compelling basis for Arizona courts to assert jurisdiction, ensuring that the legal proceedings align with the principles of fair play and substantial justice.

### III.    Response to Defense Counsel's Rule 11 Allegations

Plaintiff addresses allegations of potential Rule 11(b)(2) violations, asserting that the claims are well-supported by substantial evidence, including Defendant Cristina Muise's public statements. These statements confirm purposeful interactions and targeted actions towards Plaintiff's business in Arizona.

#### Substantiation of Claims:

- **Direct Evidence:** Defendant Muise, in a video dated October 4, 2024, acknowledges her substantial and ongoing interactions with Plaintiff's Arizona-based compounding pharmacy, which she discovered via TikTok. She has actively promoted the pharmacy's products, encouraging her substantial following to engage with the pharmacy, demonstrating more than casual references but significant endorsements.

- **Purposeful Availment and Targeted Conduct:** Muise's promotional activities create substantial connections with Arizona, where the Plaintiff's business operations are based. These actions are purposefully directed at the forum state, indicating a clear and purposeful availment of the state's commercial activities.

RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED.R.CIV.P 12(B)(6) - 10

**Legitimacy and Relevance of the Claims:** Claims are directly linked to the business interactions and promotional activities acknowledged by Muise. These are not for harassment but to address legitimate disputes over contractual breaches and defamation impacting Plaintiff's business, substantiated by Muise's own public admissions.

### Rule 11 Compliance:

- **Good Faith Basis for Claims:** There is a good faith belief that the claims are justified by existing law, supported by factual evidence, particularly Muise's public statements.

- **Proper Purpose:** The lawsuit seeks legal redress for genuine instances of contractual breaches and defamation, aimed at resolving real and substantial harms to Plaintiff's business, without any intent to harass or unduly burden the Defendant.

**Conclusion:** Plaintiff urges the Court to recognize the seriousness and legitimacy of the claims, supported by robust evidence from Defendant's public communications. The case is pursued based on its merits and the substantial legal and factual grounds supporting it, in full compliance with Rule 11's requirements.

### Relief Requested

Defendants' Motion to Dismiss for Lack of Personal Jurisdiction must be unequivocally denied, as evidenced by Defendant Cristina Muise's own public admissions in her video, which incontrovertibly demonstrate her deliberate engagement with Plaintiff's enterprise through specific requests for complimentary goods and the consequential substantial impact on Plaintiff's business operations in Arizona.

RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
PURSUANT TO FED.R.CIV.P 12(B)(6) - 11

Dated this _9th_ day of May 2024.

By: _[signature]_
Melanie E. Beauchamp

## Certificate of Service

I hereby certify that I filed the foregoing with the Clerk of the US District Court for

the District of Arizona on May 9, 2024, and copies mailed and emailed this same date to:

Arthur J. Bourque
1819 East Morten Suite 280
Phoenix AZ 85020
art@bourquelaw.com

_[signature]_ 5.9.2024
Melanie Elaine Beauchamp

RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
PURSUANT TO FED.R.CIV.P 12(B)(6) - 12

# Exhibits



A



**ARIZONA STATE BOARD OF PHARMACY**
P.O. Box 18520 Phoenix, AZ 85005
602-771-ASBP (2727)
FAX: 602-771-2749
http://www.azpharmacy.gov

Receipt Date:  10/26/2022
Receipt Number: 2022143401
Receipt Amount $: 480.00

# Pharmacy - Limited Service
### Compounding – Non-Sterile

**PERMIT NO**
**Y007705**

**EXPIRES**
**10/31/2024**

Issued to :

Cheveux LLC
Melanie Beauchamp
4425 E AGAVE ROAD 110
PHOENIX, AZ 85044

Cheveux LLC
4425 E AGAVE ROAD 110
PHOENIX, AZ 85044

*Xam Gandln*
**EXECUTIVE DIRECTOR**

ARIZONA STATE BOARD OF
PHARMACY
P.O. Box 18520
Phoenix, AZ 85005
602-771-ASBP (2727)
FAX: 602-771-2749



• Your license must be available for inspections during business hours.

• Permit holder(s) must display permit in the location to which it is issued.

WALLET CARD

NAME : Melanie Beauchamp
LICENSE NUMBER : Y007705
EXPIRES : 10/31/2024

• Please note it is your responsibility to keep this license/permit current.

http://www.azpharmacy.gov

## Important Information

**LICENSE HOLDER (pharmacist, intern, technician, technician-trainee)**
• Holder of this license number, printed above, is authorized in accordance with A.A.C. R4-23-201(A), A.A.C. R4-23-301(A) or A.A.C R4-23-1101(A), to perform the duties associated within their profession. By holding this license, the licensee agrees to comply with state & federal law.
• You are required by law to notify the Board of any home address and/or employment change within 10 business days

**PERMIT HOLDER (pharmacy, non-prescription retailer (OTC), wholesale, manufacture, CMG, DME)**
• Holder of this permit number, printed above, is authorized to conduct business according to the classification specified in A.R.S. § 32-1908(A); A.A.C. R4-23-601 and A.A.C. R4-23-607. By holding this permit, the permittee agrees to comply with state & federal law
• In-state pharmacy, wholesaler & manufacture permit holder(s) who plan to remodel or move locations, must submit a change-of-location/remodel form within 30 days prior to move/remodel. In-state non-prescription (OTC), compressed medical gas (CMG) & DME providers who plan to move locations must notify the board within 10 business days of move.
• Out-of-State permit holders must notify the Board of location changes, in writing, within 10 business days of move. A revised copy of your state permit shall be submitted to the Board, when available.

**B**

Transcript of Muise Video on or About October 4, 2024

Muise Said:

49 vitamins, minerals, and other extracts to take the place of 95% of your supplement agenda. So you don't have to be taking 20 pills a day to get all of your supplements, and it's so hard to choose. There's so many supplements out there. **So I've been working with this compounding pharmacy, and I found her through TikTok months ago, and we started talking.** And what they did is they started with hair and nails, and they developed this whole health supplement. So if you take a look at it, it has 12 vitamins. Take a look at everything it has. It has 10 minerals. Take a look at everything that has. And then it has these other supplements that I take supplements for every day. So you take a look at ashwagandha, the turmeric, the resveratrol, look at the lysine. If you take a look at all of these supplements, you can take the place of 20 different pills and put it into one pill. 49, I don't get paid. I don't collaborate. I don't take commissions. **I trust her, and I want to bring you things that are healthy.** And you know I'm passionate about hair, skin, and nails. And this has some of the stuff that we talk about, the soft palmetto. It's got the collagen one and three. It's got the marine collagen. This is the real deal. So I'm gonna put a link up above. I don't have a coupon code. **This is a legitimate compounding pharmacy.** So they basically make their own compounds of medication and supplements. So you don't need a prescription, but you go directly through the pharmacy. By the way, you should follow her. She has some great information. I'll tag her here. It's Hair Growth Geek. So what am I adding? I'm adding NMN because that's not in here. I'm adding silica. I'm adding my liquid collagen because that is my ride or die on anti-aging. If you're talking about anti-aging from the inside out. I'm adding my fish oil or CoQ10. For us ladies out there. That is my new supplement agenda. I'll put the link up above. I've been telling you that I would bring this to you for a while. So it took a lot to figure out how to put the new supplement agenda together because it was just too many pills and I know everybody's overwhelmed. This solves so many problems for me. And so I thought I would share it with you. I'll talk to you soon. Bye.

history with MAI(REDACTED):

2:25 05:44:02  MAI(REDACTED)MEG: Everything you said is the exact reason I've been working for the past years to open a certified licensed compounding pharmacy all based in science, we back everything up in research. Let us know how we can support you with our team of pharmacists doctors and our research. Thanks for your hard work.
2-25 05:07:04  CRISTINA(REDACTED): Omg this is amazing!!! Ok so happy to hear you are doing this to really help people use the right products. You're amazing and thank you so much, will definitely team on
2:25 05:48:38  MAI(REDACTED)MEG: That's what I love about TikTok it brings like minds together. I also have a PhD and a masters. Looking forward to having a partner in science :-)
2-25 05:31:19  CRISTINA(REDACTED): I'm so excited to chat with you. It will be nice to have resources for people done with being INFORMATION(REDACTED) and have a trustworthy set of resources!! Thank you!!!!!
2-25 05:31:40  CRISTINA(REDACTED): And you're gorgeous queen!!
2-25 23:53:44  MAI(REDACTED)MEG: He's beautiful. How are you. I was so thinking of you and your trip to Lake Como. Love to chat with you about our customized licensed (REDACTED) certified pharmacy and
2-25 23:53:17  CRISTINA(REDACTED): Would love to hear how that works!! Want to set up a call?
2-25 23:56:54  MAI(REDACTED)MEG: Absolutely. What works for you? I love love what I do I will be available pretty much day and night. You can text me at 602-315-1539 if that makes it easier to set up
2-27 23:39:19  MAI(REDACTED)MEG: Great, I'll text you now and we can set up a time tomorrow?
2-27 23:39:19  CRISTINA(REDACTED): Perfect. So excited I go live on TikTok on Thursday at 4 o'clock Arizona time but otherwise I will make sure that I am available. So excited by the way, it is the coolest...
1-10 14:02:27  CRISTINA(REDACTED): Thank you beautiful, bright, brilliant successful women like you - the power of TikTok.
1-04 14:46:18  CRISTINA(REDACTED): I love that too and so excited to chat with you!! Talk to you tomorrow beautiful!! 🖤
2-05 13:09:27  MAI(REDACTED)MEG: https://www.tiktok.com/share/video/7286904425/413707/
1-05 16:49:13  CRISTINA(REDACTED): Omg you beat me to it I was going to say the same thing and I'm so grateful.
1-05 16:49:13  CRISTINA(REDACTED): https://www.tiktok.com/share/video/729305252559547/
2-10 16:20:18  MAI(REDACTED)MEG: Your skin looks amazing. Let me know if you have any questions on the products. Have the best day and thank you so much for your love and support.
2-13 14:21:17  CRISTINA(REDACTED): https://www.tiktok.com/share/video/7291652533355110/
1-18 14:06:45  CRISTINA(REDACTED): https://www.tiktok.com/share/video/7292449079/
1-18 14:06:45  CRISTINA(REDACTED): https://www.tiktok.com/share/video/729305897848055374/
2-15 15:55:18  CRISTINA(REDACTED): https://www.tiktok.com/share/video/7292611720532069771/
2-15 17:48:04  CRISTINA(REDACTED): https://www.tiktok.com/share/video/7292917665512596807/
2-15 15:07:09  CRISTINA(REDACTED): https://www.tiktok.com/share/video/7289555515533525668/
2-15 15:07:09  CRISTINA(REDACTED): https://www.tiktok.com/share/video/7287526226335025653/
2-18 16:21:34  CRISTINA(REDACTED): https://www.tiktok.com/share/video/72907334225133599342/
2-19 13:38:34  MAI(REDACTED)MEG: Thank you so much for your love and support. We were up to 1 o'clock in the morning Thursday morning to get custom scripts out:) and our whole team was happy and excited
building these formulas
2-22 16:09:01  CRISTINA(REDACTED): Ahhh. That makes me so so happy!! The best part is knowing the community will love it!! Hugs to you and your team!! 😍😍😍
2-22 17:38:59  CRISTINA(REDACTED): https://www.tiktok.com/share/video/730852876466570694/
1-22 21:44:27  MAI(REDACTED)MEG: 🖤
2-28 21:44:35  MAI(REDACTED)MEG: 🖤
2-29 08:22:01  MAI(REDACTED)MEG: https://www.tiktok.com/share/video/7235342222287635243/
02:33:38  CRISTINA(REDACTED): I appreciate the links. We don't disagree that mixing them in a dish, together, or applying them consecutively, immediately, will oxidize. You will find 100s of these links
02:43:13  MAI(REDACTED)MEG: Mel, it's indisputable. Mix then like soup and they negate each other. Yes, agreed
2-25 09:44:37  CRISTINA(REDACTED): Mel, it's your product your narrative, your content. You don't need my buy in.😄
2-25 09:48:35  CRISTINA(REDACTED): You can and should direct it as your best use recommendations.
2-16 09:56:32  MAI(REDACTED)MEG: I'm still waiting to arrange the live that we chatted about with your chemists and my pharmacists. That's probably the best way to address the science. What date and time, wo
2-02-16 10:14:07  CRISTINA(REDACTED): Mel;
For clarity, we talked about doing a joint live and this is the first I'm hearing about chemists and pharmacists.
I texted you after the incredibly aggressive harassment situation that you witnessed on your hosted live and to date; I have never received a response from you to discuss.
in consideration of the statements, footage and videos directed at me(both suggestively and quite explicitly) that I have received from your TikTok accounts and lives over the last 24 hours; I do not
have a path forward would be productive.
If you have made more that you used my video on your website, please remove it immediately. As you are aware, I do not authorize the use of my proprietary footage.
Please consider the personal information I've shared with you or your medical team subject to HIPAA regulations.

D

11:53

< 22   **Cristina** >

iMessage
Wed, Sep 27 at 4:38 PM

Hi. It's CRISTINA 🖤

Hey gorgeous I am on Arizona time it is 446 right now. I believe we are three hours behind you. I will be going live on TikTok tomorrow afternoon at 4 PM, but otherwise available anytime after 10 AM Arizona time. Or before 8 AM Arizona time if that works better.

iMessage

# Orders

| Total orders | Ordered items over time | Returns | Fulfilled orders over time | Delivered |
|---|---|---|---|---|
| 0 — | 0 — | 0 — | 0 — | 0 ↘ 100% |

📅 Today

Learn more about orders

| Order | Date ◇ | Customer | Channel | Total | Payment status | Fulfillment status | Items | Deliv |
|---|---|---|---|---|---|---|---|---|
| #2427 | Dec 22 at 7:52 pm | Cristina Muise | | $399.98 | ● Paid | ● Fulfilled | 2 items | ● D |
| #2103 | Nov 9 at 12:04 pm | Cristina Muise | | $399.98 | ● Paid | ● Fulfilled | 2 items | ● D |
| #2028 | Nov 1 at 4:06 pm | Cristina Muise | | $131.97 | ● Paid | ● Fulfilled | 1 item | ● D |
| #1912 | Oct 8 at 2:48 pm | Cristina Muise | | $599.99 | ● Paid | ● Fulfilled | 1 item | ● D |
| #1841 | Oct 4 at 1:43 pm | Cristina Muise | | $315.87 | ● Paid | ● Fulfilled | 1 item | ● D |
| #1839 | Sep 28 at 2:42 pm | Cristina Muise | | $139.97 | ● Paid | ● Fulfilled | 3 items | ● D |

All   Unfulfilled   Unpaid   Open   Archived   Muise ⌄   +

🔍  ☰  ▥  ⇄

# Customers

To create a segment, choose a template or apply a filter.

Add filter ˅

1 customer    0.06% of your customer base

Apply

🔍 muise

↹

| ☐ Customer name | Email subscription | Location | Orders | Amount spent |
|---|---|---|---|---|
| ☐ Cristina Muise | | Windham NH, United States | 6 orders | $1,987.76 |

Learn more about customers

7:18

< 22   Cristina >
Sat, Oct 14 at 8:45 AM

Hi love.

Just opened this
beautiful package.
This is what was in it.
Were the hair bombs
for dylan and I sup-
posed to be in there?



iMessage

5/8/24, 7:36 PM

1/0Z1.jpg

7:20

 

<  Cristina > 

Sat, Oct 14 at 12:47PM

Just got here!!! ❤️❤️



Sat, Oct 14 at 2:32PM

iMessage 

+

5/8/24, 7:37 PM

233383.jpg

7:14

< 22

**Cristina** >

No worries!! Haven't received vitamins yet, so excited to...and have been talking about it on my lives. So many waiting for it!!  Once I get it I'll let you know, I may have sone questions to make sure I'm giving correct info!! 

I'd love to get my son on hair loss Rx asap, how do I get him on your program?

Absolutely you let me

+  iMessage  

https://mail.google.com/mail/u/0/#inbox?projector=1

5/8/24, 7:3/ PM 3bb6z.jpg

7:15

< 22   **Cristina** >

Wed, Oct 4 at 12:14 PM

Hello! I received the BEAUTIFUL package of supplements!! I'm so excited!!

So it included a multi-vitamin, a hair growth supplement and a hair/skin supplement. Are these all to be taken same day?

Feels like a gift it's so beautiful!!

Awesome so glad it made you smile. I sent you one of each of our

 iMessage

+

https://mail.google.com/mail/u/0/#inbox?projector=1   1/2

7:16

< 22

< Cristina >

their questions. Thank you so much.

Aw. I absolutely know that and made me so comfortable referring you!! 

Dylan Muise
2/20/97
No allergies

Thank you so much. You're my favorite!!

And happy birthday!!! 

Thank you and back at ya.



iMessage

+

659938.jpg

5/8/24, 7:36 PM

7:22

**‹ 22   Cristina ›**   

products work before you support them. How is the serum feeling on your scalp. It should be very light and water like.

Omg i LOVE the serum. Can use it every day and never greasy!! I truly think it's making my hair grow so fast!!

Awesome. Every study on the planet says it works as long as that follicle still alive. I am so proud of this prod-

iMessage    

1/2

5/8/24, 7:38 PM

7:24

< 22   **Cristina** >

I had an idea for you...Can you get your vitamins up on tik tok shop? They are running huge specials, and the algorithm is pushing videos that have a tik tok shop link. Other influencers will pick it up to link it if you have high inventory/stock. I think you need to keep it priced at $50 because they take 5% and you'd have to pay some small commission to creators....but creators

iMessage   

+

Bdf19888.jpg

1/2

G

**UluRx**
4425 East Agave Rd #110 Phoenix AZ 85044
PH: 1-800-413-3506

Rx: 7116            -N       Dr. BALDWIN, NICOLE        5/2/2024
TEST,PATIENT                                          RPH:RR/RRab

TRETINOIN 1MGML CRM

MFG: Compound

**Test 1time a day 10.**

Exp. 6/1/2024    REFILLS: 0    Lot #              QTY: **10**    EXP: ___/___/___

CAUTION: Federal Law Prohibits the Transfer of this drug to any other person other than the patient when it was prescribed.

TEST,PATIENT
123 TEST STREET
PHOENIX    AZ  85044

Rx 7116      N   Org. 4/1/2024   Dt.: 5/2/2024     RR /RRa
**TEST,PATIENT**      10/10/1980    (180
123 TEST STREET
PHOENIX          AZ        85044

TRETINOIN 1MGML CRM #10              10W
D. Sup: 10                    ORIGIN:      Refills: 0
Physician : BALDWIN,NICOLE   AB9246023   (480) 631-0923
PAID$0.00    AAC:$0.00        0.00   Pat.Due:$0.00
Test 1time a day 10.

Rx No: 7116            -N       Date: 5/2/2024
TEST,PATIENT
TRETINOIN 1MGML CRM #10
Dr.BALDWIN,NICOLE
Test 1time a day 10.

Rx No: 7116      N   Qty:10   Date:5/2/2024
TEST,PATIENT    Dr.BALDWIN,NICOLE
NDC: 10                         Due 0.00
                    Patient: (__) Counseled (__) Refused
Received By: X_____ HIPAA[__]

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088

TRETINOIN 1MGML CRM

| **UluRx** | |
|---|---|
| 4425 East Agave Rd #110 Phoenix AZ 85044 | 1-800-413-3506 |

**HIPPA SIGNATURE REQUIRED**

You have the right to a consultation. Please let our pharmacist know if you have any questions about your prescription or require additional information on the safe and effective use of your medications.Thank you.

**Rx: 7116**   **-N**  5/2/2024     New
**TEST,PATIENT**                    (180
123 TEST STREET PHOENIX AZ 85044
TRETINOIN 1MGML CRM #10
NDC: 10              **Amount Due : $0.00**
Physician : BALDWIN,NICOLE

RR  / RRab

**MAILED**

*7116-*

H



PRIORITY MAIL
US POSTAGE PAID
SHOPIFY
ePOSTAGE

## USPS PRIORITY MAIL

UluLife
SUITE 110
4425 EAST AGAVE ROAD
PHOENIX, AZ 85044

12/22/23
Mailed from 85044
1 lb

**0003**

Order #2427

Cristina Muise
3 IRONWOOD RD
WINDHAM, NH 03087-1264

### USPS TRACKING # - EP

9305 5109 4410 2768 3315 26



Download your free personal shopping assistant at **meet.shop.app**

Our Products - Ulurx

# ULURx

Ulurx
4452 E Agave Rd Suite 110 Phoenix, AZ
85044
info@ulurx.com
Pharmacy (800) 413 - 3506
Call/Text (602) 315 - 1530

Hair Growth
Products
Anti Aging Products
Crepey Skin
Treatment
Women's
Supplements
Vegan Supplements
Unisex
Supplements

Home
About Us
Tips and Trick
Videos
Pharmacy
Information
Blog

Terms and
Conditions
Privacy Policy
Shipping Policy
Return Policy
HIPAA
Authorization



*Join Our Affiliate Program Now.*

https://ulurx.com/shop/



835b86.jpg

5/8/24, 7:46 PM

7:45

< 22   **Veronica V** >

I just did. Went to vm



4:50

Q peptide

Search

MAKE YOUR OWN
2% COPPER PEPTIDES
CREAM

54 yrs

1 gram GHK-Cu
Copper peptides
1 ml to 1.3 ml dropper
warm distilled water
-1/2 dropper glycerin
-1.7 oz moisturizer

227   91   113   19

Q Search - 2nd_copper_peptide_serum

iMessage

https://mail.google.com/mail/u/0/#inbox/FFDNMMGbt...





IMG_7042.PNG

5/9/24, 5:45 AM

5:01

Fri, Mar 29 at 10:00 AM



54 yrs

I liked by klingsgardiner633 and others cristina.noh13 NMN Supplement I have landed on to add to my supplement routine after researching so many NMN, NAD, and NR supplements: 1. #NMNsupplements #nmn #nmnsupplement 2. #nadbooster 3. #epigenetics 4. #biologicalage 5. #Longevity 6. #cellularhealth 7. #Biohacking 8. #MitochondrialHealth 9. #HealthyAging 10. #SupplementChoices 11. #WellnessJourney 12. #HealthyLiving 13. #EnergyBoost 14. #BioavailableSupplements 15. #HealthandWellnes #resveratrol #davidsinclair

View 1 comment

Would you be comfortable reporting her this

iMessage

https://mail.google.com/mail/u/0/#all?projector=1

1/2

IMG_7043.PNG

5/9/24, 5:46 AM



My neck is sagging at 30 any product recommendations?

TeeeZee&Me
Thanks!

Nailsound
True I did my hydrafacial and my skin was glowing

thancm joined

Add comment

# ❤ the-slayborhood

Dr Emily 9d
I made the horrible mistake of being heavily influenced by the Ulu copper peptides Rx. 😖 But sure won't be ordering



iMessage



https://mail.google.com/mail/u/0/#all?projector=1

# Cronin
# Bisson
# Zalinsky P.C.
Attorneys at Law

722 Chestnut Street | Manchester, NH 03104
p. 603.624.4333 | f. 603.623.5626
www.cbzlaw.com

L

February 16, 2024

**Re: CEASE AND DESIST**

Angelina Jarboe
Via email: angelinajarboe@gmail.com

Dear Ms Jarboe:

Our office represents Cristina Muise (@cristinanoh). We have reviewed a number of videos, messages and various forms of communications coming from you for the sole purpose of defaming our client. This illegal activity must stop immediately.

You have made many specific factual statements that are plainly and obviously false. In addition, you have posted that you have "factual support" to verify your commentary. This too is untrue and verifiably so.

You may believe there is some protection offered to your narrative because of your use a social media platform or because you live in California. To be clear, neither offer you any protection. Defamation is illegal in every state and under federal law. In addition, defamation requires only publication to a single third party. There, in what you may perceive to be the safety of your own home, you published untrue factual statements to thousands of my client's followers who, unlike you, have high regard for my client. In addition, we have been provided personal correspondence to others with false and fabricated information. Whether out of jealousy or spite, your motives are clear -- to damage my client's reputation in a forum where her reputation is critical to her success. Although from my view your comments appear to be rantings of a failing competitor, your actions must stop immediately and we direct you to remove all defamatory content so that it is no longer publicly available to harm Ms. Muise.

Be assured that if you continue or take some retaliatory action, directly or indirectly, we will take appropriate action to compel you to stop and recover damages for harm to our client's reputation. Again, since your behavior is illegal in every jurisdiction in this country, we will bring this matter to a conclusion. Our client's reputation is priceless. Consequently, she will use all resources she has to follow through to vindication.

While I see nothing to discuss, I am available to speak with your attorney.

Sincerely yours,

CRONIN BISSON & ZALINSKY, P.C.

By: _John F. Bisson, Esquire_

JFB/cg

10:21





## Jilllegsfordays

Today 8:57 AM

GIRL!!!

Confirm or deny, is Mel/her products legit?? 👀

Today 9:59 AM







Omg LEGIT 👏 👏 👏  I did the research on it and it's a 2% copper peptide and you can only get it through a prescription so absolutely 100% legit it's fucking bomb in my skin is like I don't even believe it myself

Today 10:20 AM

Ahhhh, okay!! I think I'm going to get some and try them out! I kinda heard thru the grapevine that she was a fraud lol but had to confirm/deny

none Mail - Fraud

with you first. If you approve, I've got
to try them!!!





Nudge

Stickers

  

You: Omgggggg of course you did and guess who...   X





Reply a message...

5/9/24, 6:45 AM

112643.jpg

6:33

 **Cristina with no H**

do not authorize the use of my proprietary footage.
5. Please consider the personal information I've shared with you or your medical team subject to HIPAA regulations.

Thank you.

Cristina

Feb 16, 4:14 AM

As a side note, I do believe the products i have endorsed for you are still great products, so asking you to remove my video has nothing to do with my opinion on your products. The products I've tried and spoken about are ones that I continue to think highly of.





## You blocked this account

You will not be able to message Cristina with no H until you unblock them. **Report this account** if you have received a suspicious message.

Delete chat        Unblock

5/8/24, 7:38 PM

imageU.png

1:32

< Jean C >

**JC**

Today 11:06 AM

Text Message

**Ashley!!**

⚠ This lawyer was disciplined by a state licensing authority in 2021.

Suspension issued in AZ, 2021
updated on 03/01/2021

Suspension means an attorney lost his or her license to practice law for a period of time. The attorney typically returns to practicing law when the suspension expires.

Probation issued in AZ, 2014
updated on 04/07/2015

Probation means an attorney did something wrong but may still practice law. The State monitors the lawyer's activities for a period of time in hopes that he or she will not repeat the behavior.

Probation issued in AZ, 2009
updated on 11/05/2013

Probation means an attorney did something wrong but may still practice law. The State monitors the lawyer's activities for a period of time in hopes that he or she will not repeat the behavior.

Education

University of Virginia
JD - Juris Doctor
1990

iMessage

⚠ This lawyer was disciplined by a state licensing authority in 2021.

Suspension issued in AZ, 2021
updated on 03/01/2021

Suspension means an attorney lost his or her license to practice law for a period of time. The attorney typically returns to practicing law when the suspension expires.

Probation issued in AZ, 2014
updated on 04/07/2015

+ iMessage

1:32

② 〈

**JC**

Jean C 〉

⊕

⚠ This lawyer was disciplined by a state licensing authority in 2021

Suspension issued in AZ, 2021
updated on 03/01/2021

Suspension means an attorney loses his or her license to practice law for a period of time. The attorney typically returns to practicing law when the suspension expires.

Probation issued in AZ, 2014
updated on 04/07/2015

Probation means an attorney did something wrong but may still practice law. The State monitors the lawyer's activities for a period of time in hopes that he or she will not repeat the behavior.

Probation issued in AZ, 2009
updated on 11/05/2013

Probation means an attorney did something wrong but may still practice law. The State monitors the lawyer's activities for a period of time in hopes that he or she will not repeat the behavior.

Education

University of Virginia
JD – Juris Doctor
1990

I HAD THIS SENT TO ME!

Who is this about?

Mel

Don't say anything to anyone!

I won't. Why did they send it to you?

I thought you and Mel were cool?

Idk I don't even know the number

+     iMessage                    🎤

5/8/24, 7:38 PM

image7.png

1:32

JC

Jean C ›

We are. I don't know who sent me this!? Or why?!

azcourts.gov

Delivered

I don't feel comfortable having this information. I don't want to be involved with any of it. It's weird that random people are sending out such personal information

I do too!!

Please don't say anything. I don't like this at all

iMessage

5/9/24, 10:34 AM

1090.jpg

10:32



**‹ 22  Cristina ›**  

and how well it could support his trans-plants

It was the theme the whole way through.

Oh you just reminds me he is almost 25% left on hair bomb if you could send?  I still have plenty. Mine lasts 2.5 months!!

He is using 2x per Day. I'm
Having great results 1x day

Fantastic yes I will get

+   iMessage



https://mail.google.com/mail/u/0/#inbox?projector=1

5/9/24, 10:27 AM

IMG_6866.PNG

8:42

< 21

Woo >

Search: milo skin

270 comments

×

Great for calming them out... if they resort to this
what it is saying about their product

3h   Reply   ♡ 1

Jamie | 48+ Certified MUA
Dr Monica Richardson does not approve this
message 😂😂
7h   Reply   ♡ 2

Cristina with no H · Creator
We should go after her board certification!!
😂😂😂
7h   Reply   ♡ 2

Cherie Seaswan | Beauty 50+ · Cristina with no H

4h   Reply   ♡

Cherie Seaswan | Beauty 50+

Tue, Mar 19 at 12:28PM

iMessage



https://mail.google.com/mail/u/0/#inbox?projector=1







**AFFIDAVIT OF MELANIE ELAINE BEAUCHAMP**

STATE OF ARIZONA
COUNTY OF MARICOPA

I, Melanie Elaine Beauchamp, being duly sworn, hereby depose and state as follows:

1.  I am the Plaintiff in this case.

2.  I am a resident of the State of Arizona, Maricopa County.

3.  I operate a business in Arizona and employ Arizona residents within this business.

4.  I am the owner of Pharmacy board permit number Y007705, registered to Cheveux LLC, Melanie Beauchamp, located at 4425 East Rd. Suite 110, Phoenix, Arizona 85044. Attached as Exhibit A.

5.  In a video dated on or about October 4, 2024, Defendant Cristina Muise admitted she had discovered my pharmacy on TikTok and acknowledged it as a legitimate compounding pharmacy. A transcript of this video is attached hereto as Exhibit B. The video can be viewed using this link https://www.youtube.com/watch?v=y62xGOZD-v4.

6.  On September 27, 2023, Defendant Cristina Muise via TikTok messenger asked to set up a call to discuss potential collaboration, as evidenced in Exhibit D attached hereto.

7.  Beginning in June 2023 Defendant Muise found Plaintiff in Tiktok livestreams and began watching Plaintiff's livestreams to learn about our products. There had been exchanges between the parties discussing the products during the livestreams and through Tiktok messages, but it was Defendant Muise who requested the call via Tiktok messenger. Attached as Exhibit C.

8.  I operate a TikTok brand, I am not an influencer who earns money from promoting other companies' products, but I do review other products. The only products we sell and make money from on TikTok are our own.

9.  During our communications, Defendant Muise requested and received FREE products valued at $1987.76 from my business. A summary of six orders received by the Defendant from Arizona is attached hereto as Exhibit E, along with text messages where the Defendant requested more products for her and her family and acknowledged receipt of these products. Exhibit F. Muise never told her followers that she received free product which is considered compensation under CFR 16 section 255.

10. Some of the products provided are prescription strength, and each bottle sent to the Defendant had the pharmacy address labeled on it. A sample of the pharmacy label is attached hereto as Exhibit G.

11. Each shipment sent to the Defendant contained a return address in Arizona, as evidenced by the copy of a shipping label attached hereto as Exhibit H.

12. The official pharmacy website (www.ulurx.com) prominently displays our Arizona address on each page in the footer. Exhibit I.

13. From approximately September 27, 2023, until early February 2024, the Defendant and I exchanged approximately 50 to 100 or more texts, phone calls, and social media messages.

14. On or about February 5, 2023, the Defendant became aware of new products I was developing that would compete with products she was promoting or had a financial

interest in. Screenshots of the Defendant promoting competing products are attached hereto as Exhibit J.

15. Subsequently, the Defendant began a campaign to disparage my business and products, both directly and indirectly, including urging over 300,000 followers to cease using my products. This campaign included the use of fictitious names and spreading false information about my professional standing. This caused patients to become disgruntled with their purchases from Plaintiff. See Exhibit R.

16. Defendant encouraged her followers to initiate returns, chargebacks, and cancel their subscriptions, as shown in a screenshot of a comment posted during the Defendant's live session The screenshot is from a Dr. Emily, who posted negatively about our products during Defendant Muise's livestream. Attached hereto as Exhibit K.

17. Defendant alleges that Plaintiff Disparaged her. At the same time, Defendant was engaged in disputes with other individuals on TikTok, resulting in legal actions as evidenced by a cease-and-desist letter to Ang Jarboe dated February 16, 2024, attached hereto as Exhibit L. Plaintiff never received a Cease and Desist from Defendant and did not disparage her.

18. In writing, Defendant acknowledged the quality of our products but persisted in the defamation and false lights campaigns. Attached hereto as Exhibit N. Defendant asked her followers to "go after her board certification" after admitting there is nothing wrong with our products.

19. The Defendant explicitly called on her followers to target our pharmacy board certification, further evidencing her intent to harm our business operations in Arizona.

Exhibit Q. This placed us in a false light and caused questioning of our legitimacy as evidenced by the message of Jilllegsfordays attached as Exhibit M.

20. Our business has suffered significant damage due to the Defendant's actions, including the dissemination of information regarding my bar suspension, which is unrelated to the quality of our products, as evidenced in messages attached hereto as Exhibit O.

21. On or about February 10th, I discovered Defendant actions when I began receiving screenshots from my patients and demands for refunds. Prior to this time, I had no idea that Defendant was so angry. Quite the opposite, just a few days earlier Defendant sent me a text asking for more free product for her son. Exhibit P.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this _9th_ day of _May_, 2024, at _Phoenix_, Arizona.

Melanie E. Beauchamp

**VERIFICATION ON OATH OR AFFIRMATION**

State of _Arizona_

County of _Maricopa_ } ss.

Subscribed and sworn to (or affirmed) before me

this _9_ day of _May_ _2024_, by
Day         Month      Year

_Melanie E Beauchamp_
Name of Signer No. 1

_____
Name of Signer No. 2 (if any)

ADRIANA M CAMARGO
Notary Public - Arizona
Maricopa County
Commission # 633033
My Comm. Expires Jul 26, 2026

_Place Notary Seal/Stamp Above_

_adrianam Camargo_
Signature of Notary Public

_Any Other Required Information
(Residence, Expiration Date, etc.)_

─────────── **OPTIONAL** ───────────

*Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit of Melanie Elaine Beauchamp_

Document Date: _May 9, 2024_      Number of Pages: _5_

Signer(s) Other Than Named Above: _no other signers_

©2020 National Notary Association

M2103-04 (09/22)
(AZ, RI, VT)